UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>JERRY TAYLOR, et al.,<br><br>Defendants. | Case No. 5:24-cv-04061-PCP<br><br>**ORDER REMANDING REMOVED ACTION TO STATE COURT** |

This is an unlawful detainer action in which plaintiff U.S. Bank National Association ("US Bank") alleges that defendants Jerry Taylor, Sara Taylor, and Aaron Papazian have unlawfully failed to vacate a property in Salinas, California.

US Bank filed this lawsuit in California state court. Papazian then removed this case to federal court on December 29, 2023. *See US National Bank v. Papazian*, No. 23-cv-06715-PCP, Dkt. No. 1. Papazian asserted that this Court had federal question jurisdiction over the lawsuit. *See* 28 U.S.C. § 1331 (permitting a claim to proceed in federal court if it arises "under the Constitution, laws, or treaties of the United States").

On April 10, 2024, the Court adopted in full the Magistrate Judge's Report and Recommendation that the case be remanded back to state court because federal question jurisdiction was lacking. *See US National Bank v. Papazian*, No. 23-cv-06715-PCP, Dkt. No. 7.

On July 5, 2024, Papazian once again removed the case to federal court. *See* Dkt. No. 1. It does not appear, however, that Papazian has remedied the jurisdictional defects that made his prior removal improper. On August 23, 2024, the Court ordered Papazian to show cause why this case should not be remanded to state court. Dkt. No. 9. He failed to do so.

For the foregoing reasons, this action is remanded to the San Mateo County Superior Court, Case No. 23CV001907.

1 **IT IS SO ORDERED.**

2 Dated: October 9, 2024

P. Casey Pitts
United States District Judge